**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wilfredo TORRES–VALENZUELA,**
**Defendant–Appellant.**

**No. 11–50328.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 22, 2012.

Lawrence Casper, Bruce R. Castetter, Assistants U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Jennifer Lynn Coon, Law Office of Jennifer L. Coon, San Diego, CA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

MEMORANDUM **

Wilfredo Torres–Valenzuela appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Torres–Valenzuela contends that his 30–month sentence was substantively unreasonable. In light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3553(a), the sentence at the low end of the Guidelines range was reasonable. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

Torres–Valenzuela's contention that *Nijhawan v. Holder*, 557 U.S. 29, 129 S.Ct. 2294, 174 L.Ed.2d 22 (2009), overruled *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is foreclosed by *United States v. Valdovinos–Mendez*, 641 F.3d 1031, 1035–36 (9th Cir.2011).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.